Opinion issued March 27, 2003













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00103-CR

____________


THOMAS MATTHEW NEVEU, JR., Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 240th District Court

Fort Bend County, Texas

Trial Court Cause No. 28,573






MEMORANDUM OPINION

 We are without jurisdiction to entertain this appeal. Appellant's motion for
the forensic DNA testing of evidence was denied by the trial court on November 25,
2002. The deadline for filing notice of appeal was therefore Thursday, December 26,
2002, because the thirtieth day after sentencing fell on Christmas Day, a holiday. 
Tex. R. App. P. 4.1(a), 26.2(a)(1).

 Notice of appeal was filed on January 27, 2003, 32 days after the deadline. 

 We therefore dismiss the appeal for lack of jurisdiction. Slaton v. State, 981
S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996).

 All pending motions are denied as moot.

 It is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Nuchia and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).